# Third District Court of Appeal

## State of Florida

Opinion filed October 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1594
Lower Tribunal No. 21-14406
_____

## Universal Property & Casualty Insurance Company,
Appellant,

vs.

## Fernando De La Madriz and Morgan De La Madriz,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Russo Appellate Firm, P.A., Elizabeth K. Russo and Paulo R. Lima, for appellant.

Yelena Shneyderman, P.A., and Yelena Shneyderman (Hollywood), for appellees.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.